TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Gary Quinones*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Quinones, | Case No.: CV-15-01994-PHX-DJH |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANTS DIAMOND RESORTS INTERNATIONAL, INC., ONLY** |
| Trans Union, LLC, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Diamond Resort International, Inc., in the above-captioned case have reached a settlement. The parties

1

1 | anticipate filing a Stipulation of Dismissal with Prejudice as to Diamond Resort
2 | International, Inc., <u>only</u>, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 20th day of October, 2016.

        KENT LAW OFFICES

By:   */s/ Trinette G. Kent*
Trinette G. Kent
Attorney for Plaintiff,
Gary Quinones