IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Quinones,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TransUnion LLC, et al.,<br><br>　　　　　Defendants. | No. CV-15-01994-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff Quinones and Defendant Diamond Resorts International, Inc.'s Stipulation for Dismissal with Prejudice as to Defendant Diamond Resorts International, Inc., Only. (Doc. 99.) Plaintiff and the aforementioned Defendant have agreed to dismiss the action between them with prejudice, with each party to be responsible for its own costs and attorneys' fees. (Id.) Having reviewed the parties' Stipulation, and finding good cause therein,

　　　　**IT IS HEREBY ORDERED** dismissing the action between Plaintiff and Defendant Diamond Resorts International, Inc. with prejudice, with each of the parties hereto responsible for its own costs and attorneys' fees. The Clerk of Court shall terminate this case.

　　　　**IT IS FURTHER ORDERED** vacating the status conference scheduled for Wednesday, January 4, 2017, at 3:00 p.m. (Doc. 94.)

　　　　**IT IS FURTHER ORDERED** denying as moot Defendant Diamond Resorts

//

International, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue – Or – In the Alternative, Transfer Venue to the District of Nevada. (Doc. 57.)

Dated this 22nd day of November, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge